# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  MARK E. MILLER & KATHRYN L. MILLER                    Case Number: 06-70801
401 E. EIGHT STREET                          SSN-xxx-xx-1268 & xxx-xx-9138
ROCK FALLS, IL  61071

|  |  |
|---|---|
| Case filed on: | 5/9/2006 |
| Plan Confirmed on: | 1/24/2007 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $26,400.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | STERLING FEDERAL BANK | 0.00 | 0.00 | 5,392.90 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 5,392.90 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 2,400.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,400.00 | 0.00 |
| 999 | MARK E. MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 9,817.27 | 9,817.27 | 8,234.39 | 129.79 |
| 002 | ECAST SETTLEMENT CORPORATION | 300.00 | 300.00 | 222.82 | 4.10 |
| 003 | CITIZENS BANK | 9,521.83 | 9,521.83 | 8,142.86 | 183.34 |
| 005 | DELL FINANCIAL SERVICES LP | 200.00 | 200.00 | 200.00 | 0.00 |
| 006 | CITIBANK | 150.00 | 150.00 | 103.70 | 3.52 |
| 027 | STERLING FEDERAL BANK | 446.55 | 446.55 | 0.00 | 0.00 |
|  | Total Secured | 20,435.65 | 20,435.65 | 16,903.77 | 320.75 |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ECAST SETTLEMENT CORPORATION | 822.20 | 739.98 | 0.00 | 0.00 |
| 004 | CITIZENS BANK | 12,907.31 | 0.00 | 0.00 | 0.00 |
| 005 | DELL FINANCIAL SERVICES LP | 1,507.55 | 1,356.79 | 0.00 | 0.00 |
| 008 | BANK OF AMERICA NA | 2,959.59 | 2,663.63 | 0.00 | 0.00 |
| 009 | BANK OF AMERICA NA | 7,447.38 | 6,702.64 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 6,505.14 | 5,854.63 | 0.00 | 0.00 |
| 011 | BANK OF NEW YORK | 20,201.42 | 18,181.28 | 0.00 | 0.00 |
| 012 | SMC | 672.81 | 605.53 | 0.00 | 0.00 |
| 013 | BILL ME LATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DISCOVER FINANCIAL SERVICES | 16,287.67 | 14,658.90 | 0.00 | 0.00 |
| 015 | CHARMING SHOPPES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | WORLD FINANCIAL NETWORK NATIONAL BANK | 440.04 | 396.04 | 0.00 | 0.00 |
| 017 | HOOSIER FARM BUREAU CU | 4,363.38 | 3,927.04 | 0.00 | 0.00 |
| 018 | LINEN & THINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 25,097.84 | 22,588.06 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 20,942.97 | 18,848.67 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 1,107.22 | 996.50 | 0.00 | 0.00 |
| 022 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 11,513.45 | 10,362.11 | 0.00 | 0.00 |
| 025 | WELLS FARGO EFS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | WORLD FINANCIAL NETWORK NATIONAL BANK | 729.15 | 656.24 | 0.00 | 0.00 |
|  | Total Unsecured | 133,505.12 | 108,538.04 | 0.00 | 0.00 |
|  | Grand Total: | 156,940.77 | 131,973.69 | 24,696.67 | 320.75 |

| | |
|---|---|
| Total Paid Claimant: | $25,017.42 |
| Trustee Allowance: | $1,382.58 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_____/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>09/27/2007</u>                    By  <u>/s/Heather M. Fagan</u>